No. 80–203. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* CURRAN ET AL. C. A. 6th Cir. Certiorari granted limited to Question 1 presented by the petition and case set for oral argument in tandem with No. 80–757, *New York Mercantile Exchange* v. *Leist;* No. 80–895, *Clayton Brokerage Co. of St. Louis, Inc.* v. *Leist;* and No. 80–936, *Heinold Commodities, Inc.* v. *Leist* [certiorari granted, 450 U. S. 910].

No. 80–1417. OKIN ET AL. *v.* ROGERS ET AL. C. A. 1st Cir. Certiorari granted.

No. 80–1190. PULLMAN-STANDARD, A DIVISION OF PULLMAN, INC. *v.* SWINT ET AL.; and
No. 80–1193. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* SWINT ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by each petition, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 624 F. 2d 525.

No. 80–1430. ENGLE, CORRECTIONAL SUPERINTENDENT *v.* ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT *v.* BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT *v.* HUGHES. C. A. 6th Cir. Motions of respondents Lincoln Isaac and Kenneth L. Bell for leave to proceed *in forma pauperis* and certiorari granted. Reported below: 646 F. 2d 1129 (first case); 635 F. 2d 575 (second case); 642 F. 2d 451 (third case).

No. 80–660. SILVER SPUR CASINO ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and
No. 80–1083. BARNEY'S CLUB, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. Reported below: 623 F. 2d 571.